IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                           CASE NO: 09-50509

GARY WAYNE BENDER                CHAPTER 7
LORI ANN BENDER
             Debtor(s)                 HON. MARILYN SHEA-STONUM
                                                                     BANKRUPTCY JUDGE

FILED 2010 FEB -3 PM 1:10 US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

## TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

         Claim #5       PRA Receivable ManagmentLLC      ($106.94)
                             for Household Realty Co.
                             PO Box 12907                            ck # 1020
                             Norfolk, VA 23541                     receipt # 81248

2. Your trustee's check for $106.94 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date:    February 1, 2010                        _____
                                                                     Marc P. Gertz #0003808
                                                                     Chapter 7 Trustee
                                                                     Goldman & Rosen, Ltd.
                                                                     11 S. Forge St.
                                                                     Akron, OH 44304
                                                                     Phone: 330.376.8336
                                                                     Fax: 330.376.2522
                                                                     mpgertz@goldman-rosen.com